SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SUZANNE Y. BADAWI, Cal. Bar No. 194692
sbadawi@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
GEICO General Insurance Company

DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
Christopher W. Wood, Cal. Bar No. 193955
cwood@dbbwc.com
Kelsey J. Fischer, Cal. Bar No. 292262
kfischer@dbbwc.com
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: 916.379.3500
Fax: 916.379.3599

Attorneys for Plaintiff
JOSEPH CHO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH CHO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. 2:18-CV-00607-TLN-CKD<br><br>The Hon. Troy L. Nunley<br>Courtroom 2<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON GEICO'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with Joint Stipulation]<br><br>Action Filed: March 21. 2018 |

Defendant GEICO General Insurance Company ("GEICO") and Plaintiff Joseph Cho ("Plaintiff") filed a Stipulation to Continue the Hearing on GEICO's Motion for Summary Judgment, or Alternatively, Motion for Partial Summary Judgment, currently scheduled to be heard on August 22, 2019.

After considering the Stipulation and all other matters presented to the Court,
**IT IS HEREBY ORDERED THAT:**

1. Pursuant to the parties' Joint Stipulation filed on July 23, 2019, the hearing on defendant GEICO's Motion for Summary Judgment, or Alternatively, Motion for Partial Summary Judgment, currently scheduled to be heard on August 22, 2019 is continued to September 19, 2019. at 2:00 p.m. The deadline for filing the opposition and reply papers is per the Federal Rules based on the new hearing date.

Dated: July 24, 2019

Troy L. Nunley
United States District Judge