1 DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
Christopher W. Wood, Cal. Bar No. 193955
2 cwood@dbbwc.com
Kelsey J. Fischer, Cal. Bar No. 292262
3 kfischer@dbbwc.com
20 Bicentennial Circle
4 Sacramento, CA 95826
Telephone: 916.379.3500
5 Fax: 916.379.3599

6 Attorneys for Plaintiff
JOSEPH CHO

7

8 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
9   Including Professional Corporations
SUZANNE Y. BADAWI, Cal. Bar No. 194692
10 sbadawi@sheppardmullin.com
333 South Hope Street, 43rd Floor
11 Los Angeles, California 90071-1422
Telephone: 213.620.1780
12 Facsimile: 213.620.1398

13 Attorneys for Defendant
GEICO General Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH CHO, | Case No. 2:18-CV-00607-TLN-GGH |
| Plaintiff, | The Hon. Troy L. Nunley<br>Courtroom 2 |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, | **ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON GEICO'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | [Filed concurrently with Joint Stipulation] |
| | Action Filed: March 21. 2018 |

///

///

///

///

Defendant GEICO General Insurance Company ("GEICO") and Plaintiff Joseph Cho ("Plaintiff") filed a Stipulation to Continue the Hearing on GEICO's Motion for Summary Judgment, or Alternatively, Motion for Partial Summary Judgment, currently scheduled to be heard on September 19, 2019, (formerly August 22, 2019.)

After considering the Stipulation and all other matters presented to the Court, **IT IS HEREBY ORDERED THAT:**

1. Pursuant to the parties' Joint Stipulation filed on July 30, 2019, the hearing on defendant GEICO's Motion for Summary Judgment, or Alternatively, Motion for Partial Summary Judgment, currently scheduled to be heard on September 19, 2019 is continued to October 17, 2019, at 2:00 PM. The deadline for filing the opposition and reply papers is per the Federal Rules based on the new hearing date.

Dated: August 5, 2019

Troy L. Nunley
United States District Judge